IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD LOUIS STOHLMEYER,

    Plaintiff,

v.

SAMANTHA JENTRY and F.B.I.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-289-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice for plaintiff Richard Louis Stohlmeyer's failure to serve defendant Samantha Jentry properly and for failure to state a claim upon which relief may be granted against the FBI.

/s/                                                                     7/12/2017

Peter Oppeneer, Clerk of Court                       Date